No. 53. EX PARTE PICORNELL.—Petition by the National Surety Company for the cancellation of the surety bond furnished by Notary Salvador Picornell. Decided May 28, 1912. Order made requiring the notary to furnish new bond.

---

No. 336. EX PARTE TRUJILLO.—Petition for approval of notarial surety bond. Decided May 28, 1912. Surety bond executed May 14, 1912, by the National Surety Company approved. The petitioner appeared *per se.*

---

No. 113. SMITH, JR., *v.* REGISTRAR OF PROPERTY OF GUAYAMA.—Motion to reconsider judgment. Decided June 4, 1912. Motion overruled. *Mr. José Tous Soto* for petitioner.

---

No. ——EX PARTE ORTIZ ET AL.—Petition for the appointment of a defensor of petitioners. Decided June 4, 1912. Petition denied because this court has no jurisdiction in the matter. Petitioners appeared *per se.*

---

No. 448. THE PEOPLE *v.* BACÓ.—Appeal from the District Court of Mayagüez. Decided June 4, 1912. Appeal withdrawn by appellant. *Mr. Ricardo Gómez* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

---

No. 449. THE PEOPLE *v.* BACÓ.—Appeal from the District court of Mayagüez. Decided June 4, 1912. Appeal withdrawn by appellant. *Mr. Ricardo A. Gómez* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

---

No. 450. THE PEOPLE *v.* RAMÍREZ.—Appeal from the District Court of Mayagüez. Decided June 4, 1912. Appeal withdrawn by appellant. *Mr. Ricardo A. Gómez* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.